IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRISHA K. REICHERT | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 14-6601 |
| | | |
| CAROLYN W. COLVIN | | |
| Defendant. | : | |

**ORDER**

AND NOW this 22nd day of January, 2016, upon consideration of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 14) and Plaintiff's Objections thereto (Doc. No. 15), it is hereby ORDERED as follows:

1. Plaintiff's Objections are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED; and

3. Plaintiff's request for review is DENIED, the ALJ's opinion, being the final decision of the Commissioner, is AFFIRMED, and the case is DISMISSED with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II    J.